UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANA BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00384-JRS-MPB |
| | ) | |
| RES-CARE, INC. | ) | |
| d/b/a BRIGHTSPRING HEALTH | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**HON. MAGISTRATE JUDGE MATTHEW P. BROOKMAN**

On February 4, 2020, Plaintiff Dana Black ("Black") filed this Fair Labor Standards Act matter against Res-Care, Inc. [Docket No. 1]. On February 5, 2020, Black filed an Amended Complaint against Res-Care, Inc. d/b/a Brightspring Health Services. [Docket No. 5] and on February 26, 2020, the Clerk of Court issued the Summons. [Docket. No. 8].

On January 14, 2021, the Court ordered Black to show cause on or before February 12, 2021 why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) due to Plaintiff's failure to prosecute. The Court's order noted that "[i]f good cause is not shown by that date, the court will recommend dismissal of this action without prejudice. *Id.*

To date, Plaintiff has not responded to the order to show cause. Accordingly, the Magistrate Judge recommends Plaintiff's Complaint be **DISMISSED** without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for Plaintiff's failure to prosecute this matter.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to timely

file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

Dated: February 17, 2021

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

John Robert Panico
PANICO LAW LLC
panico.avoue@gmail.com