UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANA BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00384-JRS-MPB |
| | ) | |
| RES-CARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 18, 2021, the Magistrate Judge submitted his Report and Recommendation with regard to Plaintiff's failure to prosecute this matter [ECF No. 10]. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby **ADOPTS** the Magistrate Judge's Amended Report and Recommendation. Plaintiff's Complaint is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for Plaintiff's failure to prosecute this matter. Judgment shall be issued accordingly.

SO ORDERED.

Date: 3/5/2021

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Robert Panico
PANICO LAW LLC
panico.avoue@gmail.com

–1–